ELAINE K. WALSH, Appellant, v. R. E. STILES, Doing Business as STILES MOTOR COMPANY, Respondent.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

KATE WEISSBERGER, Respondent, v. HARRY WEISSBERGER, Appellant.—

Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

YONKERS LODGE No. 707 BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF YONKERS et al., Appellants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

FRANK CARIATI, Respondent, v. ARISTA REALTY CORPORATION, Appellant.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

JOHN B. CHINNERY et al., as Liquidating Trustees of WILLIAM KENNEDY CONSTRUCTION COMPANY, INCORPORATED, Respondents, v. CITY OF NEW YORK, Appellant.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.